UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT LAMBERT,<br><br>Defendant | Criminal No. 23cr10140<br><br>Violations:<br><br>Count One: Distribution of and Possession with Intent to Distribute 5 Grams or More of Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))<br><br>Count Two: Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))<br><br>Count Three: Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Distribution of and Possession with Intent to Distribute
5 Grams or More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury charges:

On or about February 15, 2023, in Boston, in the District of Massachusetts, and elsewhere, the defendant,

VINCENT LAMBERT,

did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

Before the defendant, VINCENT LAMBERT, committed the offense charged in this count, the defendant was convicted of violating Massachusetts General Laws Chapter 94C, Sections § 32E(b) and 32A(a) (*see Commonwealth v. Vincent Fernande Lambert,* Suffolk Superior Court docket number 1884CR00658), serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

<u>COUNT TWO</u>
Distribution of and Possession with Intent to Distribute
50 Grams or More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

On or about March 2, 2023, in Cambridge, in the District of Massachusetts, and elsewhere, the defendant,

VINCENT LAMBERT,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

Before the defendant, VINCENT LAMBERT, committed the offense charged in this count, the defendant was convicted of violating Massachusetts General Laws Chapter 94C, Sections § 32E(b) and 32A(a) (*see Commonwealth v. Vincent Fernande Lambert*, Suffolk Superior Court docket number 1884CR00658), serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT THREE
Distribution of and Possession with Intent to Distribute
50 Grams or More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

On or about April 4, 2023, in Boston, in the District of Massachusetts, and elsewhere, the defendant,

VINCENT LAMBERT,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

Before the defendant, VINCENT LAMBERT, committed the offense charged in this count, the defendant was convicted of violating Massachusetts General Laws Chapter 94C, Sections § 32E(b) and 32A(a) (*see Commonwealth v. Vincent Fernande Lambert*, Suffolk Superior Court docket number 1884CR00658), serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841, set forth in Counts One through Three, the defendant,

VINCENT LAMBERT,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

SAMUEL R. FELDMAN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May 23, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, signed at 12:03pm
DEPUTY CLERK