UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>VINCENT LAMBERT,<br><br>           Defendant | Cr. No. 23-10140-IT |

JOINT FINAL STATUS REPORT

On May 23, 2023, a grand jury returned an indictment charging the defendant with three counts of Distribution of Methamphetamine, in violation of 21 U.S.C. § 846. The indictment charges drug quantities that trigger mandatory-minimum sentences under 21 U.S.C. § 841(b).

Defendant was arrested on June 7, 2023, and appeared in Court on that date. At his arraignment on June 12, 2023, defendant consented to voluntary detention and remains detained.

Pursuant to Local Rule 116.5(c), the parties submit the following joint final status report.

1. **Transfer to the District Judge for a Rule 11 Hearing**

The defendant is not requesting a Rule 11 hearing.

2. **Initial Pretrial Conference Before the District Judge**

The defendant seeks a pretrial conference before the district judge.

    a. The government is not aware of additional discovery materials it intends to produce;

    b. At this time, the government is not aware of any outstanding discovery requests or motions;

    c. The government understands that the defendant does not intend to file a motion to suppress; and

    d. The government estimates that trial would last 2-3 days.

2. **Excludable Delay**

The parties request that the Court exclude the time between December 21, 2023, and the Rule 11 date under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv), as the ends of justice served by granting defense counsel sufficient time to confer with their clients is necessary for effective preparation and outweighs the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Samuel R. Feldman*
Samuel R. Feldman
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                        */s/ Samuel R. Feldman*
                                        Samuel R. Feldman
                                        Assistant United States Attorney

Date: December 13, 2023