UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.  23-10140-IT |
| | ) | |
| v. | ) | |
| | ) | |
| VINCENT LAMBERT, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

ASSENTED-TO MOTION FOR ENDS-OF-JUSTICE CONTINUANCE AND
EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The government, with defendants' assent, respectfully asks the Court to grant a continuance of the time within which the trial of the charged offenses must commence, and moves to exclude the time period from **April 16, 2024**, through and including **May 28, 2024**, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv); Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008); and Rule 112.2(a)(1) of the Local Rules of the United States District Court for the District of Massachusetts, on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendants in a speedy trial.

Defense counsel filed a motion to continue the status conference scheduled for April 16, 2024, ECF No. 45, so that the parties could continue to work on a potential plea agreement.  The Court allowed the motion and set a Rule 11 date of May 28, 2024.  ECF No. 46.  Accordingly, the parties ask the Court to enter an order excluding from the speedy trial computation the period from April 16, 2024, through and including May 28, 2024. The parties agree that this period constitutes "the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the Plan for Prompt Disposition of Criminal Cases for the United States District Court for the District of Massachusetts.

A proposed order is attached.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Samuel R. Feldman
      Samuel R. Feldman
      Assistant U.S. Attorney

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

<u>By:</u>    <u>*/s/ Samuel R. Feldman*</u>
        Samuel R. Feldman
        Assistant U.S. Attorney