# EXHIBIT A

Jeanne Fabiano



Dear Your Honor,

I hope this letter finds you in good health and spirits. I am writing to you on behalf of Vincent Lambert, who is facing sentencing in your court. As a mother, I am deeply concerned about the potential outcome of this case and respectfully request your consideration for leniency.

I understand that Vincent has been found guilty of multiple drug charges. While I do not seek to diminish the seriousness of the offense, I urge Your Honor to consider the circumstances surrounding the case and the character of the individual before you.

I believe that Vincent's mental health has played a significant role in his ability to make choices with positive outcomes. ███████████████████████████████████████████████████████████████████ He was seen by many therapists, he attended special schools, lived in group homes that I was told could help. The problem for Vincent was his medications. Every time he displayed aggressive behavior and was placed into treatment the outcome was always the same to increase the dosage of his meds. Vincent suffered from many adverse side effects from these medications. He walked around in a fog most of the time and was unable to do anything but sit on the couch and stare into space. He cried all the time and begged for answers. I believe that once he became of age his decision to stop the meds and self-medicate was once again a series of unbelievably bad choices that led to profoundly grave consequences. This put him into a new kind of fog that has led him down the path of addiction.

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ This initial crucial assessment of Vincent's issues were given by an individual incapable of help. This was detrimental to Vincent's ability to trust and rely on the medical profession for assistance.

I strongly feel that this initial encounter into the treatment of Vincent's mental health altered his life course in a profound way. He never again trusted his doctors or his diagnosis. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I believe also that there have been many advances in these drugs and treatments for mental health issues that Vincent never allowed himself to take advantage of.  He has been in a full addiction state for many years of his life. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

As a mother, I am always praying for an innovative approach rather than prison. That only comes from a place of unconditional love for my son. Vincent was never in any of the prior convictions offered a chance to rehabilitate from his addictions and the vices that keep landing him in trouble.

Vincent is capable of rehabilitation and has the potential to positively contribute to society if given the chance. He is a caring, creative, and intelligent person.

Your Honor, I humbly ask that you consider all aspects of this case and exercise your discretion with compassion and fairness. A lenient sentence would not only offer Vincent the opportunity for redemption but also uphold the principles of justice tempered with mercy.

Thank you for taking the time to consider my request. I trust in your wisdom and judgement to make the right decision in this matter.

Sincerely,

Jeanne Fabiano

# EXHIBIT B

To the Honorable Judge Talwani,

I completely understand the situation I am in, and I also understand that I put myself here. My charges and my record put me in a terrible light. The thought of people viewing me as a horrible person, or a monster is what scares me. Although I feel this way, I wanted to be clear that I am not this horrible person and I still believe the responsibility of it all falls on me. I don't wish to insult the court by claiming to be a victim in this situation. With that being said, I would like to inform you of some things from my past and speak a little bit more about myself.

I am 1 of 4 people who suffer from a variety of mental illnesses. I have suffered from and been diagnosed with bipolar and obsessive-compulsive disorder, unfortunately it has been like this for me my whole life. I was actively being treated for my mental illnesses when I was a child, but I stopped taking my medication and going to treatment when I turned 18 years old. Since then, I became very addicted to meth and other drugs, I could not imagine life without it. When I began taking these drugs it felt as though I could not stop. Now that I am older, I can say those were poor decisions on my end, the addiction I believe has impacted my reputation with the law.

The same kind of guilt I had here with my addiction and my run in with the law has transferred over into being a guilt of letter my family down over the years. I know now that positive support from my family is going to be the start of my recovery from my addiction along with my self-awareness in my actions.

I am now in a good place mentally and I have a positive relationship with family including my mother. My hopes in writing you this letter today is to show my improvement and also take accountability for my actions. I would also like to return home soon to start a new sober life and be with my family. I feel like I lost a part of myself and lots of time in my life. What matters the most to me now is what I chose to do with the rest of my life.

Vincent Lambert